EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| *In re:*<br><br>Félix A. Villanueva Cruz | 2022 TSPR 55<br><br>209 DPR _____ |

Número del Caso: TS-10,426

Fecha: 2 de mayo de 2022

Abogado de la parte peticionaria:

    Por derecho propio

Materia: Reinstalación al ejercicio de la abogacía.

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

*In re:*

Félix A. Villanueva Cruz          TS-10,426

RESOLUCIÓN

En San Juan, Puerto Rico, a 2 de mayo de 2022.

Examinadas la *Moción informativa y en cumplimiento de orden* y la *Moción informativa y presentación de documento complementario* presentadas por el Sr. Félix A. Villanueva Cruz, se le reinstala al ejercicio de la abogacía.

Se le apercibe al licenciado Villanueva Cruz que en el futuro debe dar fiel cumplimiento a todo lo relacionado con el Programa de Educación Jurídica Continua.

Se le ordena al Secretario del Tribunal registrar el cambio de estatus a abogado activo en el Registro Único de Abogados y Abogadas de Puerto Rico (RÚA).

Publíquese.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo.

Javier O. Sepúlveda Rodríguez
Secretario del Tribunal Supremo